```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


EARL VANTREASE, JR.,            )
                                )
        Plaintiff               )       NO. 3:14-0728
                                )       Judge Sharp/Brown
v.                              )
                                )
SHARON TAYLOR, Warden           )
                                )
        Defendant               )
```

## **O R D E R**

This matter has been referred to the undersigned by Judge Sharp (Docket Entry 11) with instructions to conduct an evidentiary hearing and to submit a report and recommendation as to whether (1) the instant action is untimely, (2) if untimely, whether equitable tolling of the limitation period would be appropriate, and (3) a proper disposition of the motion to dismiss.

A telephone conference call is set for **Tuesday, August 12, 2014, at 3:00 p.m.** for the purpose of entering a scheduling order for any necessary briefing and set a date for an evidentiary hearing. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

The parties are directed to submit a proposed scheduling order in this matter **one business day** prior to the scheduled telephone conference.

It is so **ORDERED**.

```
                                   /s/   Joe B. Brown
                                 JOE B. BROWN
                                 United States Magistrate Judge
```