UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EARL VANTREASE, JR., | ) | |
| | ) | |
| Plaintiff | ) | NO. 3:14-0728 |
| | ) | Judge Sharp/Brown |
| v. | ) | |
| | ) | |
| SHARON TAYLOR, Warden | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

Judge Sharp has referred this case to me for an evidentiary hearing and a recommendation as to whether the motion to dismiss should be granted or not (Docket Entry 11).

Inasmuch as Judge Sharp has directed an evidentiary hearing in this matter, and the Petitioner has qualified to proceed *in forma pauperis* (Docket Entry 3), counsel is required under Rule 8(c) governing *habeas corpus* cases. Accordingly, the Federal Public Defender's Office is appointed to represent the Petitioner. The clerk will send the Public Defender a copy of this order.

The telephone conference previously scheduled for August 12, 2014, (Docket Entry 13) is **CANCELED** and will be rescheduled once counsel for the Petitioner has filed a notice of appearance and has had time to review the file and be prepared for a meaningful conference.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge